United States District Court
Southern District of Texas
**ENTERED**
August 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AUDREY M. DONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-03088 |
| | § | |
| MARTIN J. O'MALLEY, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is United States Magistrate Judge Christina A. Bryan's Memorandum and Recommendation filed on July 25, 2025. Doc. #15. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Plaintiff Audrey M. Dones' Motion for Summary Judgment (Doc. #10) is hereby DENIED. Defendant Commissioner of Social Security Administration's Cross-Motion for Summary Judgment (Doc. #13) is GRANTED. The Commissioner's decision is AFFIRMED.

It is so ORDERED.

AUG 1 2 2025
Date

The Honorable Alfred H. Bennett
United States District Judge